```
DEXTER CARL HARRIS            TRANSPORTATION ALLIANC
3639 NORTHHAVEN DR            T & B BANK
JACKSON, MS 39206             4185 HARRISON BLVD
                              STE 200
                              OGDEN, UT 84403


THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236


ALLY FINANCIAL, INC
ATTN: BANKRUPTCY
PO BOX 380901
BLOOMINGTON, IL 55438


BANKPLUS
ATTN: BANKRUPTCY
385A HIGHLAND COLONY
RIDGELAND, MS 39157


CASHNET USA
175 W JACKSON
STE 1000
CHICAGO, IL 60604


GLOBAL LENDING
ATTN: BANKRUPTCY
PO BOX 10437
GREENVILLE, SC 29603


ROCKET MORTGAGE
1050 WOODWARD AVE
DETROIT, MI 48226



SMITH, ROUCHON
SRA
1456 ELLIS AVE
JACKSON, MS 39204


SUNBIT FINANCIAL
ATTN: BANKRUPTCY
PO BOX 24010
LOS ANGELES, CA 90024
```