Certificate Number: 17082-MSS-DE-040633243

Bankruptcy Case Number: 26-00298



17082-MSS-DE-040633243

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 18, 2026, at 10:05 o'clock AM MST, DEXTER C HARRIS completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date:   February 18, 2026              By:   /s/Orsolya K Lazar

                                       Name:  Orsolya K Lazar

                                       Title: Executive Director