United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 26-00298-JAW
Dexter Carl Harris Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3      User: mssbad      Page 1 of 1
Date Rcvd: Mar 11, 2026      Form ID: pdf012      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Dexter Carl Harris, 3639 Northhaven Dr, Jackson, MS 39206-5221 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2026      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 11, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Thomas Carl Rollins, Jr | on behalf of Debtor Dexter Carl Harris trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Torri Parker Martin | tpm@tpmartinch13.com trusteeMSSB2H@ecf.epiqsystems.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 3

___



**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: March 11, 2026**

The Order of the Court is set forth below. The docket reflects the date entered.
___

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN THE MATTER OF:                                                                CHAPTER 13:

**DEXTER CARL HARRIS**                                             CASE NO. 26-00298-JAW

## CONDITIONAL AGREED ORDER

**THIS MATTER** came before the Court on the *ore tenus* motion of the Trustee and Debtor(s) Counsel. Thus, having considered the matter and the parties' agreement, the Court orders as follows:

**IT IS THEREFORE ORDERED** that the Debtor, **shall submit a signed and filed copy of the 2025 Tax Return to the Trustee within seven (7) days of filing or within seven (7) days after the April 15, 2026 tax deadline.**

**IT IS FURTHER ORDERED** that should the Debtor fail to adhere to the aforementioned condition, the Trustees may file an Objection to Confirmation.

##END OF ORDER##

| SUBMITTED BY: | AGREED BY: |
|---|---|
| /s/ Catoria P. Martin | /s/ Thomas C. Rollins |
| Catoria P. Martin, MSB #103938 | Thomas Carl Rollins, Jr., MSB #103469 |
| Standing Chapter Thirteen Trustee | The Rollins Law Firm, PLLC |
| 200 North Congress Street, Suite 400 | P.O. Box 13767 |
| Jackson, MS 39201 | Jackson, MS 39236 |
| Office: (601) 981-9100 | Office: (601) 500-5533 |
| Fax: (601) 981-1983 | Fax: (601) 500-5296 |
| Email: trustee@tpmartinch13.com | Email: trollins@therollinsfirm.com |