United States Bankruptcy Court

Southern District of Mississippi

In re:

Dexter Carl Harris

     Debtor

Case No. 26-00298-JAW

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0538-3 | User: mssbad | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 08, 2026 | Form ID: n031 | Total Noticed: 18 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dexter Carl Harris, 3639 Northhaven Dr, Jackson, MS 39206-5221 |
| 5652568 | + | Rocket Mortgage, LLC, Bankruptcy Department, PO Box 619096, Dallas TX 75261-9096 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: BankruptcyECFMail@mccalla.com | Jun 08 2026 20:49:00 | Rocket Mortgage, LLC, c/o McCalla Raymer Leibert Pierce, LLP, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| 5622676 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 08 2026 20:46:26 | Ally Capital Department, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5624225 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 08 2026 20:47:05 | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5620419 | + | Email/Text: ally@ebn.phinsolutions.com | Jun 08 2026 20:49:00 | Ally Financial, Inc, Attn: Bankruptcy, Po Box 380901, Bloomington, IL 55438-0901 |
| 5621805 | | Email/Text: ECMCBKNotices@ecmc.org | Jun 08 2026 20:49:00 | Ascendium Education Solutions, Inc, PO Box 8961, Madison WI 53708 8961 |
| 5620420 | + | Email/Text: znotice@bankplus.net | Jun 08 2026 20:49:00 | BankPlus, Attn: Bankruptcy, 385a Highland Colony, Ridgeland, MS 39157-6040 |
| 5620421 | + | Email/Text: opsqa_usbankruptcy@cashnetusa.com | Jun 08 2026 20:49:00 | CashNet USA, 175 W Jackson, Ste 1000, Chicago, IL 60604-2863 |
| 5623153 | + | Email/Text: opsqa_usbankruptcy@cashnetusa.com | Jun 08 2026 20:49:00 | CashNetUSA, 175 W Jackson Blvd, Suite 600, Chicago, IL 60604-2948 |
| 5681430 | | Email/Text: ECMCBKNotices@ecmc.org | Jun 08 2026 20:49:00 | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 5620422 | | Email/Text: bankruptcy@glsllc.com | Jun 08 2026 20:49:00 | Global Lending, Attn: Bankruptcy, Po Box 10437, Greenville, SC 29603 |
| 5636131 | | Email/Text: bankruptcy@glsllc.com | Jun 08 2026 20:49:00 | Global Lending Services LLC, 1200 Brookfield Blvd Ste 300, Greenville, South Carolina 29607 |
| 5651630 | + | Email/Text: BankruptcyECFMail@mccalla.com | Jun 08 2026 20:49:00 | Karen A. Maxcy, Esq., McCalla Raymer Leibert Pierce, LLP, for Rocket Mortgage, LLC, 1544 Old Alabama Rd, Roswell, GA 30076-2102 |
| 5620423 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Jun 08 2026 20:49:00 | Rocket Mortgage, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 5620425 | | Email/Text: bankruptcy@sunbit.com | Jun 08 2026 20:49:00 | Sunbit Financial, Attn: Bankruptcy, Po Box 24010, Los Angeles, CA 90024 |
| 5620424 | + | Email/Text: Tracey@sra-inc.net | Jun 08 2026 20:49:00 | Smith, Rouchon, Sra, 1456 Ellis Ave, Jackson, MS |

District/off: 0538-3        User: mssbad        Page 2 of 2

Date Rcvd: Jun 08, 2026        Form ID: n031        Total Noticed: 18

39204-2204

5620426     +   Email/Text: randall.rees@tabbank.com

Jun 08 2026 20:49:00    Transportation Allianc, T & B Bank, 4185 Harrison Blvd, Ste 200, Ogden, UT 84403-6400

TOTAL: 16

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Ally Capital, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | * | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2026        Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 8, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Karen A. Maxcy | on behalf of Creditor Rocket Mortgage  LLC karen.maxcy@mccalla.com, BankruptcyECFMail@mccallaraymer.com;mccallaecf@ecf.courtdrive.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Dexter Carl Harris trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Torri Parker Martin | tpm@tpmartinch13.com  trusteeMSSB2H@ecf.epiqsystems.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 4

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
Southern District of Mississippi

**Case No.:** 26−00298−JAW
**Chapter:** 13

**In re:**

Dexter Carl Harris
3639 Northhaven Dr
Jackson, MS 39206

Notice of Entry of Order Confirming Plan

The Court entered an Order on June 8, 2026 (Dkt. # 23 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: June 8, 2026

Danny L. Miller, Clerk of Court