**Fill in this information to identify the case:**

Debtor 1   Dexter Carl Harris

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   SOUTHERN           District of   MISSISSIPPI
                                                                                    (State)

Case number   26-00298-JAW

# Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges 12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:**   Rocket Mortgage, LLC s/b/m Nationstar Mortgage LLC        Court claim no. (if known)        5

**Last four digits** of any number you use to identify the debtor's account:        XXXXXX6668

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No

☐ Yes.  Date of the last notice:

| Part 1: | Itemize Postpetition Fees, Expenses, and Charges |
| --- | --- |

**Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.**

| Description | Dates incurred | | Amount |
| --- | --- | --- | --- |
| 1. Late charges | | (1) | $ 0.00 |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ 0.00 |
| 3. Attorney fees | | (3) | $ 0.00 |
| 4. Filing fees and court costs | | (4) | $ 0.00 |
| 5. Bankruptcy/Proof of claim fees | 4/15/2026 | (5) | $ 200.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ 0.00 |
| 7. Property inspection fees | | (7) | $ 0.00 |
| 8. Tax advances (non-escrow) | | (8) | $ 0.00 |
| 9. Insurance advances (non-escrow) | | (9) | $ 0.00 |
| 10. Property preservation expenses.  Specify: _____ | | (10) | $ 0.00 |
| 11. Other.  Specify: POC 410a History | 4/15/2026 | (11) | $ $50.00 |
| 12. Other.  Specify: Plan Review | 4/20/2026 | (12) | $ $100.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Debtor 1 | Dexter Carl Harris | Case number (*if known*) | 26-00298-JAW |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

## Part 2:    Sign Here

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

*Check the appropriate box.*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

X   */s/Mukta  Suri*          Date   06/17/2026
Signature

Print:   Mukta                                    Suri          Title   Authorized Agent
First Name          Middle Name          Last Name

Company   McCalla Raymer Leibert Pierce, LLP

Address   1544 Old Alabama Road
Number          Street
Roswell                    GA          30076
City                        State          ZIP Code

Contact phone   (469) 458-2311          Email   mukta.suri@mccalla.com

B 10 (Supplement 2) (12/11)  Case:  Page 3

# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

**In re:**                                   )
                                             )   **Case No.** 26-00298-JAW
Dexter Carl Harris                           )   **Chapter** 13
                                             )
                                             )   **JUDGE:** Jamie A. Wilson

## <u>EXHIBIT B</u>

### ITEMIZATION OF CLAIM

| | | | |
|---|---|---|---|
| Bankruptcy/Proof of Claim Fees | | | $200.00 |
| 04/15/2026 | Preparation and Filing of Proof of Claim | $200.00 | |
| Other | | | $50.00 |
| 04/15/2026 | Preparation of the POC 410A History | $50.00 | |
| Other | | | $100.00 |
| 04/20/2026 | Review and Analysis of Schedules, Plan, Docket, Loan Docs | $100.00 | |

- **TOTAL POSTPETITION FEES, EXPENSES, AND CHARGES**:                    **$350.00**

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.  See 11 U.S.C. § 1322 (b)(5) and Bankruptcy Rule 3002.1

B 10 (Supplement 2) (12/11)                                    Case:

|  |  |
|---|---|
| In Re: | Bankruptcy Case No.: 26-00298-JAW |
| Dexter Carl Harris | Chapter:            13 |
|  | Judge:             Jamie A. Wilson |

## CERTIFICATE OF SERVICE

I, Mukta  Suri, of McCalla Raymer Leibert Pierce, LLP, 1544 Old Alabama Road, Roswell, GA 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I caused to be served a copy of the within NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Dexter Carl Harris
3639 Northhaven Dr
Jackson, MS 39206

Thomas Carl Rollins, Jr                    *(Served via ECF Notification)*
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236

Torri Parker Martin                    *(Served via ECF Notification)*
Torri Parker Martin, Chapter 13 Bankruptcy Trustee
200 North Congress Street, Ste. 400
Jackson, MS 39201

United States Trustee                    *(Served via ECF Notification)*
501 East Court Street
Suite 6-430
Jackson, MS 39201

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:   06/25/2026   By:   */s/Mukta  Suri*
                    (date)            Mukta  Suri
                                      Authorized Agent for Creditor